MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile: (202) 263-3300

*Attorneys for Defendants*
*Cequel Communications, LLC d/b/a*
*Suddenlink Communications*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JAMIE LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CEQUEL COMMUNICATIONS, LLC, d/b/a SUDDENLINK COMMUNICATIONS; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02242-TLN-JDP<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 143 AND 144(a)**<br><br>Assigned to the Hon. Troy L. Nunley |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 143 AND 144(a)**

Plaintiff Jamie Lopez and Defendant Cequel Communications, LLC d/b/a Suddenlink Communications, through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Defendant removed this case to this Court on November 9, 2020 (Dkt. No. 1);

**WHEREAS**, on November 12, 2020, Plaintiff and Defendant stipulated pursuant to Local Rule 144(a) to extend Defendant's deadline to answer or otherwise respond to the complaint to December 7, 2020 (Dkt. No. 4), which stipulation did not require approval of the Court;

**WHEREAS**, this is the second request to extend Defendant's deadline to answer or otherwise respond to the complaint, and the total period of extensions already obtained by the parties as to Defendant's answer or response to the initial complaint is 21 days;

**WHEREAS**, good causes exists for an additional extension of 14 days for Defendant to answer or otherwise respond to the complaint, as counsel are working diligently to prepare a response to the complaint, but require time to investigate the facts and allegations of this case;

**NOW, THEREFORE**, it is hereby stipulated and agreed, pursuant to Local Rules 143 and 144(a), that the time in which Defendant may respond to Plaintiff's complaint be extended for 14 days, to and including December 21, 2020.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated: December 1, 2020 | **MAYER BROWN LLP**<br>ARCHIS A. PARASHARAMI |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Archis A. Parasharami*<br>     Archis A. Parasharami |
| 5 | | *Attorneys for Defendant Cequel Communications, LLC d/b/a Suddenlink Communications* |
| 6 | | |
| 7 | | |
| 8 | | **BLOOD HURST & O'REARDON, LLP**<br>TIMOTHY G. BLOOD |
| 9 | | THOMAS J. O'REARDON<br>CRAIG W. STRAUB |
| 10 | | |
| 11 | | **QUADE & ASSOCIATES, APLC**<br>MICHAEL W. QUADE |
| 12 | | |
| 13 | | By: */s/ Timothy G. Blood* |
| 14 | | Timothy G. Blood (as authorized on December 1, 2020) |
| 15 | | *Attorneys for Plaintiff* |
| 16 | | |
| 17 | IT IS SO ORDERED | |
| 18 | | |
| 19 | Dated: December 2, 2020 | |
| 20 | | Troy L. Nunley<br>United States District Judge |