MAYER BROWN LLP
ARCHIS A. PARASHARAMI (SBN 321661)
*aparasharami@mayerbrown.com*
1999 K Street, N.W.
Washington, DC 20006-1101
Telephone: (202) 263-3000
Facsimile:  (202) 263-3300

*Attorneys for Defendants*
*Cequel Communications, LLC d/b/a*
*Suddenlink Communications*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CEQUEL COMMUNICATIONS, LLC, d/b/a SUDDENLINK COMMUNICATIONS; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02242-TLN-JDP<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 143 AND 144(a)**<br><br>Assigned to the Hon. Troy L. Nunley |

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULES 143 AND 144(a)**

Plaintiff Jamie Lopez and Defendant Cequel Communications, LLC d/b/a Suddenlink Communications, through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Defendant removed this case to this Court on November 9, 2020 (Dkt. No. 1);

**WHEREAS**, on December 2, 2020, the Court granted the parties' stipulation extending Defendant's deadline to answer or otherwise respond to the complaint to December 21, 2020;

**WHEREAS**, on December 9, 2020, Plaintiff filed a motion to remand the action;

**WHEREAS**, the hearing on Plaintiff's motion to remand is set for January 21, 2021;

**WHEREAS**, this is the third request to extend Defendant's deadline to answer or otherwise respond to the complaint, and the total period of extensions already obtained by the parties as to Defendant's answer or response to the initial complaint is 35 days;

**WHEREAS**, good cause exists for additional extension of time for Defendant to answer or otherwise respond to the complaint until 14 days after the hearing on the motion to remand, or until February 4, 2021, so that the Court will have an opportunity to consider the motion to remand before Defendant's response to the complaint is filed;

**NOW, THEREFORE**, it is hereby stipulated and agreed, pursuant to Local Rules 143 and 144(a), that the time in which Defendant may respond to Plaintiff's complaint be extended until 14 days after the hearing on the motion to remand, to and including February 4, 2021.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 18, 2020 | **MAYER BROWN LLP**<br>ARCHIS A. PARASHARAMI<br><br>By: */s/ Archis A. Parasharami*<br>     Archis A. Parasharami<br><br>*Attorneys for Defendant Cequel Communications, LLC d/b/a Suddenlink Communications*<br><br>**BLOOD HURST & O'REARDON, LLP**<br>TIMOTHY G. BLOOD<br>THOMAS J. O'REARDON<br>CRAIG W. STRAUB<br><br>**QUADE & ASSOCIATES, APLC**<br>MICHAEL W. QUADE<br><br>By: */s/ Timothy G. Blood*<br>     Timothy G. Blood (as authorized on December 18, 2020)<br><br>*Attorneys for Plaintiff* |

IT IS SO ORDERED

Dated:  December 21, 2020

_____
Troy L. Nunley
United States District Judge