BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

QUADE & ASSOCIATES, APLC
MICHAEL W. QUADE (171930)
3377 Carmel Mountain Road, Suite 150
San Diego, CA 92121
Tel: 858/642-1700
858/642-1778 (fax)
mquade@quadelaw.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| JAMIE LOPEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CEQUEL COMMUNICATIONS, LLC, dba SUDDENLINK COMMUNICATIONS; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 2:20-cv-02242-TLN-JDP<br><br>[Nevada County Superior Court Case No. TCU20-7694]<br><br>**CLASS ACTION**<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>District Judge Troy L. Nunley<br>Courtroom 2, 15th Floor<br>Magistrate Judge Jeremy D. Peterson<br>Courtroom 9, 13th Floor<br><br>Complaint Filed:  September 28, 2020<br>Trial Date:  Not Set Yet<br><br>**DEMAND FOR JURY TRIAL** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, Jaime Lopez, and Defendant, Cequel Communications, LLC dba Suddenlink Communications, through their undersigned counsel, that the above-captioned action is voluntarily dismissed, without prejudice against the Defendant pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), each side to bear their own costs.

Respectfully submitted,

Dated: May 31, 2023     BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:     *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

QUADE & ASSOCIATES, APLC
MICHAEL W. QUADE (171930)
3377 Carmel Mountain Road, Suite 150
San Diego, CA  92121
Tel: 858/642-1700
858/642-1778 (fax)
mquade@quadelaw.com

*Attorneys for Plaintiff*

Dated: May 31, 2023     MAYER BROWN LLP
ARCHIS A. PARASHARAMI (321661)

By:     *s/ Archis A. Parasharami*
ARCHIS A. PARASHARAMI

1999 K. Street, N.W.
Washington, D.C.  20006-1101
Tel: 202/263-3000
202/263-3300 (fax)
aparasharami@mayerbrown.com

HUSCH BLACKWELL LLP
KYLE P. SEELBACH (*pro hac vice*)

1     Case No. 2:20-cv-02242-TLN-JDP
STIPULATION OF VOLUNTARY DISMISSAL

00203358

190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Tel: 314/480-1500
314/480-1505 (fax)
kyle.seelbach@huschblackwell.com

*Attorneys for Defendant Cequel Communications, LLC dba Suddenlink Communications*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 31, 2023     BLOOD HURST & O'REARDON, LLP

By:     *s/ Timothy G. Blood*
         TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Executed on May 31, 2023.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
tblood@bholaw.com